# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEITH S. BARRON

NO. 2024 KW 0553

**SEPTEMBER 9, 2024**

---

In Re:     Keith S. Barron, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 21-WCR-294.

---

**BEFORE:  WELCH, LANIER, AND MILLER, JJ.**

    **WRIT DENIED.** Although relator captioned his pleading as a petition for writ of habeas corpus, the remedy he seeks is in the nature of a request for postconviction relief. See La. Code Crim. P. art. 924(1). Applications for postconviction relief shall be filed in the parish in which the petitioner was convicted. La. Code Crim. P. art. 925. Relator was convicted in Ouachita Parish, but filed his petition for habeas corpus in East Feliciana Parish. Accordingly, the district court correctly denied relator's petition. Relator must file his pleading with the Fourth Judicial District Court, which is the proper venue.

                                  JEW
                                  WIL
                                  SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT